UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH ANN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA COUNTY HEALTH, HOUSING, HOMELESS DEPT., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-06174-PHK<br><br>**ORDER TO FILE A STATUS REPORT ON CONTACT WITH THE NORTHERN DISTRICT OF CALIFORNIA LEGAL HELP CENTER ON OR BEFORE JULY 29, 2024** |

## ORDER

The Court previously **ORDERED** pro se Plaintiff Elizabeth Ann Harris to contact the Legal Help Center by June 3, 2024. [Dkt. 11]. The Court previously **ORDERED** Plaintiff Harris to file a Status Report by June 17, 2024, regarding her contacts with the Legal Help Center. *Id.* Alternatively, the Court granted Plaintiff Harris leave to file an Amended Complaint by June 17, 2024. *Id.*

Those deadlines have passed, and Plaintiff Harris has filed neither the required Status Report, nor an Amended Complaint.

Therefore, Plaintiff Harris is **ORDERED** to file a Status Report on her contact with the Legal Help Center and report on whether or not she intends to voluntarily file an Amended Complaint. Plaintiff Harris is **ORDERED** to file this Status Report on or before **July 29, 2024**.

//

//

//

If Plaintiff Harris fails to file the required Status Report, the Court will rule on her amended *in forma pauperis* petition and, if that *in forma pauperis* petition is granted, will proceed with mandatory screening of Plaintiff Harris' original Complaint. Failure to file the Status Report and failure to file an Amended Complaint may result in dismissal of this case. Plaintiff is reminded of the resources available to pro se litigants, identified by the Court in the previous Order [Dkt. 11].

**IT IS SO ORDERED.**

Dated: July 11, 2024

PETER H. KANG
United States Magistrate Judge